UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROYAL FLAVOR PACKING CO.,** )<br>      **Appellant**, )<br> v. )<br>**BATV INC., et al.,** )<br>      **Appellees**. ) | **CIV-F-06-0426 AWI**<br><br>**ORDER DISMISSING APPEAL** |

    Appellant initiated an appeal from an order of the bankruptcy court on April 16, 2006. Doc. 1. On April 17, 2006, the district court clerk's office sent out notice that the record on appeal was incomplete. Doc. 4. There was no response from the parties. On January 12, 2007, this court issued an Order to Show Cause, directing Appellant to show cause in writing within 20 days why this appeal should not be denied for failure to prosecute. Doc. 6. Appellant has not responded to the Order. At this point, there is no record on appeal and there has been no contact from the Appellant since the initial filing of the appeal in April 2006; Appellant appears to have abandoned the case. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted.

    Given these circumstances, the appeal is DISMISSED.

IT IS SO ORDERED.

**Dated:   February 16, 2007**            /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

1